LOUIS B. DUNN, as Trustee in Bankruptcy of OTIS A. MURRAY, Respondent, *v.* E. L. GAYVERT AND COMPANY, INC., et al., Appellants.

Argued May 25, 1942; decided June 4, 1942.

*Edward F. Mergler* and *E. A. Mapes* for motion.
*Frederic Weyand* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, unless each appellant pays ten dollars costs and serves and files undertaking on appeal within ten days, in which event the motion is denied.